| | |
|---|---|
| 1 | Eric A. Grover, Esq. (SBN 136080) |
| 2 | **KELLER GROVER LLP** |
|   | 425 Second Street, Suite 500 |
| 3 | San Francisco, CA 94107 |
|   | Telephone: (415) 543-1305; Fax: (415) 543-7861 |
| 4 | eagrover@kellergrover.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | Zachary Hile |
| 7 | Richard T. Williams (SBN 52896) |
|   | Tara L. Cooper (SBN 239018) |
| 8 | **HOLLAND & KNIGHT LLP** |
| 9 | 633 West Fifth Street, 21st Floor |
|   | Los Angeles, California 90071-2040 |
| 10 | Telephone: (213) 896-2400; Fax: (213) 896-2450 |
|   | richard.williams@hklaw.com |
| 11 | |
| 12 | Attorneys for Defendant |
|   | Ritz Camera Centers, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated, | ) ) ) | Case No.: C 07-00716 SBA<br>Related Case: C 07-06342 SBA<br>Hon. Saundra B. Armstrong |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL** |
| v. | ) ) | **AND [PROPOSED] ORDER** |
| RITZ CAMERA CENTERS, INC., | ) ) | |
| Defendant. | ) | |
| SHOGHER ANDONIAN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RITZ CAMERA CENTERS, INC., | ) ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. CV-07-00716 SBA

1 **PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Zachary Hile and Shogher Andonian ("Plaintiffs") and Defendant Ritz Camera Centers, Inc. ("Defendant"), by and through their respective counsel of record, do hereby stipulate to the dismissal with prejudice of each Plaintiff's individual action against Defendant, each party to bear their/its own costs and fees.

**IT IS FURTHER STIPULATED** that the allegations asserted on behalf of the putative class in each case be and hereby are dismissed without prejudice.

Dated: June 25, 2008      By:     /s/
                                  Eric A. Grover
                                  **KELLER GROVER LLP**

                                  Attorneys for Plaintiff
                                  Zachary Hile

Dated: June 25, 2008      By:     /s/
                                  William A. Baird
                                  **MILLSTEIN, ADELMAN & KREGER, LLP**

                                  Attorneys for Plaintiff
                                  Shogher Andonian

Dated: June 25, 2008      By:     /s/
                                  Richard L. Williams
                                  **HOLLAND & KNIGHT LLP**

                                  Attorney for Defendant
                                  Ritz Camera Centers, Inc.

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. CV-07-00716 SBA

1
## ORDER

2
    **UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal
3
Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE the individual actions
4
of Plaintiffs Zachary Hile and Shogher Andonian against Defendant Ritz Camera Centers, Inc.
5
The Court dismisses WITHOUT PREJUDICE the allegations asserted on behalf of the putative
6
class in both actions.
7

**IT IS SO ORDERED.**
8

9
Dated: 7/1/08

10
                                           Honorable Saundra B. Armstrong
11
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28